B6A (Official Form 6A) (12/07)

In re **Felix Moreno Alonzo, III**
    **Ginger Garcia Alonzo**

Case No. _____
              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Homestead House @: 6620 Brookhaven Court Fort Worth, Texas 76133 | Fee Simple Owner | C | $57,500.00 | $27,478.00 |
| | | Total: | $57,500.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Felix Moreno Alonzo, III**         Case No. _____
      **Ginger Garcia Alonzo**

                                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash in pockets | C | $25.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Checking Account No. ******2058 | C | $30.00 |
| | | Compass Savings Account No. ******7655 | C | $20.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Appliances:<br>Stove $60.00<br>Microwave $15.00<br>Refrigerator $100.00<br>Dishwasher $15.00<br>Washing Machine $40.00<br>Dryer $40.00 | C | $270.00 |
| | | Furniture:<br>Living Room $60.00<br>Bedroom $100.00 | C | $160.00 |
| | | Electronics:<br>3 Televisions $225.00<br>Stereo $20.00<br>3 Computers $200.00 | C | $445.00 |
| | | Miscellaneous:<br>Plates, china, etc $20.00<br>Silverware $5.00<br>Household Tools $20.00<br>XBox $100.00<br>DVD $20.00 | C | $165.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Felix Moreno Alonzo, III**
        **Ginger Garcia Alonzo**

Case No. _____
                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | All clothing | C | $120.00 |
| 7. Furs and jewelry. | | All jewelry | C | $150.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Pool Table | C | $150.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | 401K Retirement | C | $35,354.78 |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Felix Moreno Alonzo, III**                             Case No. _____
       **Ginger Garcia Alonzo**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Felix Moreno Alonzo, III**               Case No. _____
       **Ginger Garcia Alonzo**                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 GMC Yukon w/ 134,867 miles | C | $6,000.00 |
| | | 2000 Pontiac Trans Am w/ 108,289 miles | C | $5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Felix Moreno Alonzo, III**                                              Case No. _____
      **Ginger Garcia Alonzo**                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Lawn Mower | C | $30.00 |

_____4_____ continuation sheets attached
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

Total >   **$47,919.78**

B6C (Official Form 6C) (4/10)

In re  **Felix Moreno Alonzo, III**                                     Case No. _____
       **Ginger Garcia Alonzo**                                                   (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450.*
☑  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Homestead<br>House @:<br>6620 Brookhaven Court<br>Fort Worth, Texas<br>76133 | 11 U.S.C. § 522(d)(1) | $30,022.00 | $57,500.00 |
| Cash in pockets | 11 U.S.C. § 522(d)(5) | $25.00 | $25.00 |
| Compass Checking Account No. ******2058 | 11 U.S.C. § 522(d)(5) | $30.00 | $30.00 |
| Compass Savings Account No. ******7655 | 11 U.S.C. § 522(d)(5) | $20.00 | $20.00 |
| Appliances:<br>Stove $60.00<br>Microwave $15.00<br>Refrigerator $100.00<br>Dishwasher $15.00<br>Washing Machine $40.00<br>Dryer $40.00 | 11 U.S.C. § 522(d)(3) | $270.00 | $270.00 |
| Furniture:<br>Living Room $60.00<br>Bedroom $100.00 | 11 U.S.C. § 522(d)(3) | $160.00 | $160.00 |
| Electronics:<br>3 Televisions $225.00<br>Stereo $20.00<br>3 Computers $200.00 | 11 U.S.C. § 522(d)(3) | $445.00 | $445.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | **$30,972.00** | **$58,450.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Felix Moreno Alonzo, III**          Case No. _____
       **Ginger Garcia Alonzo**                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Miscellaneous:<br>Plates, china, etc $20.00<br>Silverware $5.00<br>Household Tools $20.00<br>XBox $100.00<br>DVD $20.00 | 11 U.S.C. § 522(d)(3) | $165.00 | $165.00 |
| All clothing | 11 U.S.C. § 522(d)(3) | $120.00 | $120.00 |
| All jewelry | 11 U.S.C. § 522(d)(4) | $150.00 | $150.00 |
| Pool Table | 11 U.S.C. § 522(d)(5) | $150.00 | $150.00 |
| 401K Retirement | 11 U.S.C. § 522(d)(12) | $35,354.78 | $35,354.78 |
| 2001 GMC Yukon w/ 134,867 miles | 11 U.S.C. § 522(d)(2) | $3,450.00 | $6,000.00 |
|  | 11 U.S.C. § 522(d)(5) | $2,550.00 |  |
| 2000 Pontiac Trans Am w/ 108,289 miles | 11 U.S.C. § 522(d)(2) | $3,450.00 | $5,000.00 |
|  | 11 U.S.C. § 522(d)(5) | $1,550.00 |  |
| Lawn Mower | 11 U.S.C. § 522(d)(5) | $30.00 | $30.00 |
|  |  | **$77,941.78** | **$105,419.78** |

B6D (Official Form 6D) (12/07)

In re **Felix Moreno Alonzo, III**                                          Case No. _____

**Ginger Garcia Alonzo**                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: 0101639515<br><br>Midland Mortgage<br>P.O. Box 26648<br>Oklahoma City, OK 73126-8959 | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>Retail installment contract and security agreemen<br>COLLATERAL:<br>Homestead<br>REMARKS:<br><br>VALUE          $57,500.00 | | | | $27,478.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Subtotal (Total of this Page) > | | | $27,478.00 | $0.00 |
| | | | | Total (Use only on last page) > | | | $27,478.00 | $0.00 |

_____ **No** _____ continuation sheets attached

|  |  |
|---|---|
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re  **Felix Moreno Alonzo, III**                                    Case No. _____
       **Ginger Garcia Alonzo**                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐  **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Felix Moreno Alonzo, III**                                    Case No. _____
         **Ginger Garcia Alonzo**                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  1423647502<br>**American Express**<br>P.O. Box 53852<br>Phoenix, AZ 85072-3152 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $10.00 |
| ACCT #:<br>**Americas Recovery Solution**<br>P.O. Box 1259<br>Oaks, PA 19456 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Wells Fargo**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Asset Acceptance LLC**<br>P.O. Box 2036<br>Warren, NMI 48090-2036 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Fleet Bank**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Asset Acceptance LLC**<br>P.O. Box 2036<br>Warren, MI 48090-2036 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Bank of America**<br>REMARKS: | | | | $0.00 |
| ACCT #:  151120065200000<br>**AT&T Yellow Pages**<br>P.O. Box 630052<br>Dallas, Texas 75263-0052 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $344.51 |
| ACCT #:  4152-1401-2758-5257<br>**Bank of America**<br>P.O. Box 15726<br>Wilmington, DE 19886-5726 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $605.55 |
| | | | Subtotal > | | | | $960.06 |
| | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | | | | |

_____9_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Felix Moreno Alonzo, III**       Case No. _____
      **Ginger Garcia Alonzo**                                               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 63000000992225<br>**Bank of America**<br>P.O. Box 15726<br>Wilmington, DE 19886-5726 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Deficiency Balance on Loan**<br>REMARKS: | | | | $605.55 |
| ACCT #: 4001478672034040002<br>**Charter**<br>15100 Trinity Boulevard<br>Fort Worth, Texas 76155-2729 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $58.97 |
| ACCT #: 5417-1622-8824-0488<br>**Chase Bank USA**<br>P.O. Box 94014<br>Palatine, Il 60094-4014 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $4,794.77 |
| ACCT #: 5424-1806-3414-2001<br>**Citibank Platinum Select**<br>10965 Decatur Road<br>Philadelphia, PA 19154-3210 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $7,554.23 |
| ACCT #:<br>**Collection Firm of Franklin Collection**<br>P.O. Box 3910<br>Tupelo, MS 38803-3910 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for AT&T Yellow Pages**<br>REMARKS: | | | | $0.00 |
| ACCT #: 807515<br>**Consultants in Radiology**<br>1101 Sixth Ave.<br>Fort Worth, Texas 76104 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $128.60 |

Sheet no. ___1___ of ___9___ continuation sheets attached to             Subtotal >     $13,142.12
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                              Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Felix Moreno Alonzo, III**  Case No. _____
**Ginger Garcia Alonzo**  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Credit Protection Associateion**<br>P.O. Box 802068<br>Dallas, Texas 75380 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Charter**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Credit Systems International Inc**<br>1277 Country Club<br>Fort Worth, Texas 76112 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Medstar metropolitan**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Credit Systems International inc**<br>P.O. Box 1088<br>Arlington, Texas 76004 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Consultants in Radiology**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Credit Systems International, Inc**<br>P.O. Box 1088<br>Arlington, Texas 76004 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Radiology Associates of Tarrant**<br>REMARKS: | | | | $0.00 |
| ACCT #: 12058509<br>**Direct TV**<br>P.O. Box 4115<br>Concord, CA 94524 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Utility Services**<br>REMARKS: | | | | $132.36 |
| ACCT #: 6011-0081-4075-6674<br>**Discover Card**<br>P.O. Box 30395<br>Salt Lake City, UT 84130-0395 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,989.55 |
| | | | | | | Subtotal > | $2,121.91 |

Sheet no. ___2___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Felix Moreno Alonzo, III**
     **Ginger Garcia Alonzo**

Case No. _____
                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>Eltman Eltman & Cooper P.C.<br>140 Broadway 26th Floor<br>New York, NY 10005-1108 | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Citibank Platinum Select**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>First National Collection<br>610 Waltham Way<br>Sparks, NV 89434 | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Direct TV**<br>REMARKS: | | | | $0.00 |
| ACCT #:  14410047070507408<br>Fleet Bank<br>P.O. Box 650260<br>Dallas, Texas 75265 | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,340.13 |
| ACCT #:  6019180373469432<br>GE Money Bank/ Care Credit<br>P.O. Box 960061<br>Orlando, FL 32896-0061 | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $4,828.21 |
| ACCT #:<br>Graline Financial Service<br>P.O. Box 832510<br>Richardson, Texas 75083 | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Pathology Associates of Texas**<br>REMARKS: | | | | $0.00 |
| ACCT #:  454734989006<br>Harris methodist FW<br>P.O. Box 916063<br>Fort Worth, Texas 76191 | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $36,389.93 |

Sheet no. ___3___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $44,558.27

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Felix Moreno Alonzo, III**                                    Case No. _____
       **Ginger Garcia Alonzo**                                                        (if known)


# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **454734989007**<br>**Harris Methodist FW**<br>**6000 Western Place**<br>**Suite 540**<br>**Fort Worh, Texas 76107** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $6,359.13 |
| ACCT #:  **221007627001**<br>**Harris Methodist Southwest**<br>**P.O. Box 916047**<br>**Fort Worth, Texas 76191-6047** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $75.00 |
| ACCT #:  **76133AON662B0002**<br>**Highlights for Children**<br>**1800 Watermark Drive**<br>**P.O. Box 269**<br>**Columbus, Ohio 43216-0269** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Mail Order**<br>REMARKS: | | | | $20.70 |
| ACCT #:<br>**Joseph Mann & Creed**<br>**P.O. Box 22253**<br>**Beachwood, OH 44122-0253** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Verizon**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **0699536**<br>**Medstar EMS**<br>**551 E. Berry Street**<br>**Fort Worth, Texas 76110** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $125.00 |
| ACCT #:  **05101723**<br>**Medstar Metropolitan**<br>**PO Box 1008**<br>**Arlington, TX 76014** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $1,005.00 |

Sheet no. ___4___ of ___9___ continuation sheets attached to                                    Subtotal >    $7,584.83
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Felix Moreno Alonzo, III**    Case No. _____
       **Ginger Garcia Alonzo**                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>MRS Associates, Inc<br>3 Executive Campus<br>Suite 400<br>Cherry Hill, NJ 08002 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Chase Bank USA**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>NCO Financial System<br>P.O. Box 15740<br>Wilmington, DE 19850-5740 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Sprint**<br>REMARKS: | | | | $0.00 |
| ACCT #:  2515048<br>North Texas Tollway<br>5900 W. Plano Parkway<br>Suite 100<br>Plano, Texas 75093 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Toll Charges**<br>REMARKS: | | | | $186.66 |
| ACCT #:  001000014207<br>Orthopedic Specialty Assoc<br>800 Fifth Avenue<br>Suite 500<br>Fort Worth, Texas 76104 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medc**<br>REMARKS: | | | | $2,965.00 |
| ACCT #:  001000014207<br>Orthopedic Specialty Assoc<br>800 Fifth Ave.<br>Suite 500<br>Fort Worth, Texas 76104 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medc**<br>REMARKS: | | | | $15.00 |
| ACCT #:  001000014207<br>Orthopedic Specialty Assoc.<br>800 Fifth Avenue<br>Fort Worth, Texas 76104 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $165.00 |

Sheet no. ___5___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $3,331.66

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Felix Moreno Alonzo, III**                    Case No. _____
**Ginger Garcia Alonzo**                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  6194699225<br>**Pathology Associates of Texas**<br>P.O. Box 101867<br>**Fort Worth, Texas 76185-1867** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $73.25 |
| ACCT #:  10533638<br>**Pathology Assoicates of Texas**<br>P.O. Box 101867<br>**Fort Worth, TX 76185** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $535.76 |
| ACCT #:<br>**Plaza Associates**<br>370 Seventh Ave.<br>**New York, NY 10001-3900** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Bank of America**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Primary Financial Service**<br>365 N. 3rd Ave.<br>Suite 112<br>**Phoenix, Arizona 85013** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Wells Fargo Bank**<br>REMARKS: | | | | $0.00 |
| ACCT #:  454737498906<br>**Radiology Associates of Tarrant**<br>P.O. box 29278<br>**Fort Worth, Texas 76113** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $202.00 |
| ACCT #:  4547349890<br>**Radiology Associates of Tarrant County**<br>P.O. Box 2927<br>**Fort Worth, Texas 76113** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $202.00 |

Sheet no. ___6___ of ___9___ continuation sheets attached to                    Subtotal >        $1,013.01
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          Total >
                              (Use only on last page of the completed Schedule F.)
                    (Report also on Summary of Schedules and, if applicable, on the
                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Felix Moreno Alonzo, III**   Case No. _____
       **Ginger Garcia Alonzo**                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Redline Recovery Service, LLC**<br>**6201 Bonhomme Road, Suite 1005**<br>**Houston, Texas 77036-4365** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Discover Card**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Retrieval masters**<br>**2269 S. Saw Mill River PL**<br>**Elmsford, NY 10523** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Highlights for Children**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**RJM Acquistitions LLC**<br>**575 Underhill Boulevard**<br>**Suite 224**<br>**Syosset, NY 11791** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Wells Fargo Bank**<br>REMARKS: | | | | $0.00 |
| ACCT #:   0125507523<br>**Sprint**<br>**P.O. Box 5220**<br>**San Antonio, Texas 78201** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Cell Phone Services**<br>REMARKS: | | | | $2,219.65 |
| ACCT #:   58948<br>**Texas Medicine Resources**<br>**P.O. Box 8549**<br>**Fort Worth, Texas 76124** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $241.36 |
| ACCT #:   ***-**-4989<br>**Trace, PA**<br>**1325 Pennsylvania Ave.**<br>**Suite 200**<br>**Fort Worth, Texas 76104** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $527.94 |

Sheet no. ____7____ of ____9____ continuation sheets attached to          Subtotal >          $2,988.95
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Felix Moreno Alonzo, III**  
**Ginger Garcia Alonzo**

Case No. _____  
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **United Revenue Corp** <br> 204 Billing Suite 120 <br> Arlington, Texas 76112 | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for Texas Medicine Resources** <br> REMARKS: | | | | $0.00 |
| ACCT #: 390000292064 <br> **Verizon Yellow Pages** <br> **Idearc Media Corp** <br> P.O. Box 619009 <br> DFW Airport, Texas 75261-9009 | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $448.50 |
| ACCT #: 4856-2002-2080-9456 <br> **Wells Fargo** <br> P.O. Box 54349 <br> Los Angels, CA 900054-0349 | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $4,611.34 |
| ACCT #: 5497-1400-0286-6880 <br> **Wells Fargo Bank** <br> P.O. Box 94423 <br> Albuquerque, NM 82199 | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $2,087.01 |
| ACCT #: 9960007632 <br> **Wells Fargo Bank** <br> P.O. Box 5058 <br> Portland, OR 97208 | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Overdraft Fees** <br> REMARKS: | | | | $219.77 |
| ACCT #: 00000849341466 <br> **Wells Fargo Bank** <br> P.O. Box 5058 <br> Portland, OR 97208 | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Overdraft Fees** <br> REMARKS: | | | | $194.22 |

Sheet no. __8__ of __9__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $7,560.84

Total >

(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the  
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Felix Moreno Alonzo, III**
     **Ginger Garcia Alonzo**

Case No. _____
             (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  227946503991 <br> **Wells Fargo Merchant** <br> 5251 Westheimer Road <br> Hoston, Texas 77056 | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $217.40 |
| ACCT #:  AlogI000 <br> **William Bridges, MD** <br> P.O. Box 961102 <br> Fort Worth, Texas 76161 | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Medical Bills** <br> REMARKS: | | | | $60.00 |
| ACCT #: <br> **Zwicker & Associates, PC** <br> P.O. Box 101145 <br> Birmingham, AI 35210-6145 | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for GE Money Bank/ Care Credit** <br> REMARKS: | | | | $0.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___9___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $277.40

Total >     $83,539.05

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Felix Moreno Alonzo, III**                                    Case No. _____
    **Ginger Garcia Alonzo**                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Felix Moreno Alonzo, III**          Case No. _____
       **Ginger Garcia Alonzo**                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re **Felix Moreno Alonzo, III**          Case No. _____
       **Ginger Garcia Alonzo**                              (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): Son<br>Daughter<br>Daughter<br>Son | Age(s): | Relationship(s): | Age(s): |
| **Employment:** | Debtor | | Spouse | |
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | Installer<br>Verizon<br>5 Years<br>600 Hidden Ridge<br>Irving, Texas 75038 | | Housewife | |

| | INCOME: (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $4,612.40 | $0.00 |
| 2. | Estimate monthly overtime | $795.17 | $0.00 |
| 3. | SUBTOTAL | **$5,407.57** | **$0.00** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $420.85 | $0.00 |
| | b. Social Security Tax | $361.18 | $0.00 |
| | c. Medicare | $84.46 | $0.00 |
| | d. Insurance | $11.59 | $0.00 |
| | e. Union dues | $62.55 | $0.00 |
| | f. Retirement          Voluntary | $275.88 | $0.00 |
| | g. Other (Specify)     Supplemental 401K | $184.49 | $0.00 |
| | h. Other (Specify)     401K Loan | $357.41 | $0.00 |
| | i. Other (Specify)     Disability Ins | $27.88 | $0.00 |
| | j. Other (Specify) | $0.00 | $0.00 |
| | k. Other (Specify) | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$1,786.29** | **$0.00** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$3,621.28** | **$0.00** |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): | | |
| | | $0.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a. | $0.00 | $0.00 |
| | b. | $0.00 | $0.00 |
| | c. | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | **$0.00** |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$3,621.28** | **$0.00** |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$3,621.28** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **Felix Moreno Alonzo, III**                              Case No. _____
        **Ginger Garcia Alonzo**                                                (if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $708.00 |
|    a. Are real estate taxes included?   ☑ Yes   ☐ No | |
|    b. Is property insurance included?   ☑ Yes   ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $300.00 |
|           b. Water and sewer | $100.00 |
|           c. Telephone | $120.00 |
|           d. Other:  Cable TV | $100.00 |
| 3. Home maintenance (repairs and upkeep) | $50.00 |
| 4. Food | $1,300.00 |
| 5. Clothing | $150.00 |
| 6. Laundry and dry cleaning | $80.00 |
| 7. Medical and dental expenses | |
| 8. Transportation (not including car payments) | $500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $50.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | |
|           b. Life | |
|           c. Health | |
|           d. Auto | $100.00 |
|           e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto: | |
|           b. Other: | |
|           c. Other: | |
|           d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: Health & Beauty | $60.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$3,618.00** |

| | |
|---|---:|
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
|    a. Average monthly income from Line 15 of Schedule I | $3,621.28 |
|    b. Average monthly expenses from Line 18 above | $3,618.00 |
|    c. Monthly net income (a. minus b.) | $3.28 |

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re  **Felix Moreno Alonzo, III**                    Case No.
**Ginger Garcia Alonzo**

Chapter     **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $57,500.00 | | |
| B - Personal Property | Yes | 5 | $47,919.78 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $27,478.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $83,539.05 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3,621.28 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $3,618.00 |
| TOTAL | | 24 | $105,419.78 | $111,017.05 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re  **Felix Moreno Alonzo, III**                                    Case No.
       **Ginger Garcia Alonzo**

                                                                       Chapter     **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $3,621.28 |
| Average Expenses (from Schedule J, Line 18) | $3,618.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $6,284.57 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $83,539.05 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $83,539.05 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Felix Moreno Alonzo, III**
    **Ginger Garcia Alonzo**

Case No. _____
                          (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **26** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____9-19-10_____

Signature _____
           **Felix Moreno Alonzo, III**

Date _____9-19-10_____

Signature _____
           **Ginger Garcia Alonzo**

[If joint case, both spouses must sign.]

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._